## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  RAMON E. YUSHIMITO, | : | Case No.: 17-10678-REF |
| | : | |
| Debtor. | : | Chapter 13 |
| RAMON E. YUSHIMITO, | : | |
| | : | **HEARING DATE: October 19, 2017** |
| Objectant, | : | **HEARING TIME: 9:30 a.m.** |
| | : | **HEARING PLACE: Courtroom No. 1** |
| v. | : | **Third Floor, The Madison Building** |
| | : | **400 Washington Street** |
| XCEL FEDERAL CREDIT UNION, | : | **Reading, PA 19601** |
| | : | |
| Claimant. | : | |

To:    Xcel Federal Credit Union
       Wayne Comick, Member Solutions Manager
       1460 Broad Street
       Bloomfield, NJ 07003

### NOTICE TO CLAIMANT OF OBJECTION TO CLAIM

Debtor, Ramon E. Yushimito has filed an Objection to your Proof of Claims in this Bankruptcy Case.

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must:

Attend the hearing on the objection, scheduled to be held on the 19th Day of October 2017 at 9:30 a.m. in Courtroom No. 1, Third Floor, The Madison Building, 400 Washington Street, Reading, PA 19601.

If you or your attorney does not attend, the Court may decide that you do not oppose the Objection to your Claim.

Date: September 7, 2017                        /s/ Patrick J. Best
                                               Patrick J. Best, Esq.
                                               ARM Lawyers
                                               202 Delaware Avenue
                                               Palmerton, PA 18071
                                               Attorney for Debtor/Objectant