**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  RAMON YUSHIMITO,    :    Bankruptcy No.: 17-10678 -REF
                             :
Debtor.                      :    CHAPTER 13

**CERTIFICATE OF SERVICE**

I, Kevin J. Gaeta, of ARM Lawyers, hereby certify that I have served a true and correct copy of the foregoing Application for Compensation and Reimbursement of Expenses, Exhibit A, Notice of Application, and Proposed Order in the above-mentioned case as follows:

Frederick Reigle, Esquire
2901 Saint Lawrence Avenue
Reading, PA 19606
*(Standing Chapter 13 Trustee)*

Via Public Access to Court Electronic Records/ Electronic Case Filing on December 4, 2017 and to the following recipients:

| | | |
|---|---|---|
| Bank of America<br>PO Box 26012<br>Greensboro, NC  27420-6012 | Citi<br>PO Box 6241<br>Sioux Falls, SD  57117-6241 | Discover Financial<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Bby/cbna<br>50 NW Point Blvd<br>Elk Grove Village, IL  60007 | Citibank<br>Centralized Bankruptcy<br>PO Box 790040S<br>Louis, MO  63129 | Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH  45040-8999 |
| Best Egg/Sst<br>4315 Pickett Rd<br>Saint Joseph, MO  64503-1600 | Citibank/Best Buy<br>PO Box 790040<br>Saint Louis, MO  63179-0040 | Progressive Leasing<br>256 W Data Dr<br>Draper, UT  84020-2315 |
| Bk of Amer<br>PO Box 982238<br>El Paso, TX  79998-2238 | Comenity Bank/Victoria Secret<br>PO Box 18215<br>Columbus, OH  43218 | Syncb/Guitar Center<br>950 Forrer Blvd<br>Kettering, OH  45420-1469 |
| Chase Card<br>Attn: Correspondence<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Comenity Bank/boscov<br>PO Box 182125<br>Columbus, OH  43218-2125 | Syncb/Home Design Nahf<br>PO Box 965036<br>Orlando, FL  32896-5036 |
| Chase Card<br>PO Box 15298<br>Wilmington, DE  19850-5298 | Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE  19850-5316 | Syncb/Home Design Nahf<br>Attn: Bankruptcy<br>PO Box 965064<br>Orlando, FL  32896-5064 |

| | | |
|---|---|---|
| Syncb/jcp<br>PO Box 965007<br>Orlando, FL  32896-5007 | Target<br>C/O Financial & Retail Srvs<br>PO Box 9475<br>Minneapolis, MN  55440-9475 | Xcel Federal Cr Un<br>1460 Broad St<br>Bloomfield, NJ  07003-3014 |
| Syncb/steinmart Pllc<br>PO Box 965005<br>Orlando, FL  32896-5005 | Td Bank USA/Targetcred<br>PO Box 673<br>Minneapolis, MN  55440-0673 | Xcel Federal Credit Un<br>3680 John F Kennedy Blvd<br>Jersey City, NJ  07307-3108 |
| Synchrony Bank<br>PO Box 965064<br>Orlando, FL  32896-5064 | Visa Dept Store National Bank - Macys | |
| Synchrony Bank/ Jc Penneys<br>Attn: Bankruptcy<br>PO Box 956060<br>Orlando, FL  32896-5060 | Attn: Bankruptcy<br>PO Box 8053<br>Mason, OH  45040-8053 | |

Via United States First Class Mail on December 4, 2017.

Date: <u>December 4, 2017</u>                                              /s/ Kevin J. Gaeta
                                                                                        Kevin J. Gaeta
                                                                                        Paralegal
                                                                                        ARM Lawyers