**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  RAMON YUSHIMITO,           :          Bankruptcy No.: 17-10678 -REF
                                   :
Debtor.                            :          CHAPTER 13

## NOTICE OF APPLICATION AND RESPONSE DEADLINE

Patrick J. Best, Esquire, of ARM Lawyers, has filed an Application for Compensation and Reimbursement of Expenses Following the Confirmation of Debtor's Chapter 13 Plan in the present Chapter 13 Bankruptcy.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the Application or if you want the court to consider your views on the Application, then on or before **December 26, 2017**, you or your attorney must do the following:

    a. File an answer explaining your position at

    Office of the Bankruptcy Clerk
    The Madison Building
    400 Washington Street
    Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. Mail a copy of the Movant's attorney

    Patrick J. Best, Esquire
    ARM Lawyers
    202 Delaware Avenue
    Palmerton, PA 18071

1

2

    2. If you or your attorney does not take the steps described I paragraphs 1(a) and 1(b) above, the court may enter an order granting relief requested in the Application.

    3. If a copy of the Application is not enclosed, a copy of the Application will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    4. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one has filed an answer.

Date: <u>December 4, 2017</u>　　　　　　　　　　/s/ Patrick J. Best
　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Best, Esquire
　　　　　　　　　　　　　　　　　　　　　　　ARM Lawyers
　　　　　　　　　　　　　　　　　　　　　　　202 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　　　　Palmerton, PA 18071
　　　　　　　　　　　　　　　　　　　　　　　Phone: 484.765.8140
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: 484.544.8625